IN RE: LAJUAN DOCKERY

Case Number: 16-42302-MLO
Chapter 13
Judge OXHOLM

Debtor.

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____/

## PROPOSED CHAPTER 13 PLAN MODIFICATION

Debtor proposes to modify the confirmed Plan pursuant to LBR 3015-2(b) as follows:

- Debtor's Plan payment is hereby decreased from $390.00 bi-weekly to $160.00 bi-weekly as Debtor's 100% plan is completing early.

Following is the effect of this modification on the following classes:
Class One: no adverse impact.
Class Two: no adverse impact.
Class Three: n/a
Class Four: n/a
Class Five: no adverse impact.
Class Six: no adverse impact.
Class Seven: no adverse impact.
Class Eight: n/a
Class Nine: no adverse impact.

Dated: November 3, 2017

/s/ William D. Johnson
WILLIAM D. JOHNSON (P54823)
Acclaim Legal Services, PLLC
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
filing@acclaimlegalservices.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: LAJUAN DOCKERY

Case Number: 16-42302-MLO
Chapter 13
Judge OXHOLM

Debtor.

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033

/

## PROPOSED ORDER MODIFYING CHAPTER 13 PLAN

This matter having come before the Court upon Debtor's Notice of Proposed Chapter 13 Plan Modification, no objections having been filed, a certificate of no objection having been filed, and the Court being otherwise fully advised on the premises;

IT IS HEREBY ORDERED that the following modifications to the Chapter 13 Plan are hereby effective:

- Debtor's Plan payment is hereby decreased from $390.00 bi-weekly to $160.00 bi-weekly.

IT IS FURTHER ORDERED that in all other respects the confirmed Plan, as last modified, remains in full force and effect.

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: LAJUAN DOCKERY

          Case Number: 16-42302-MLO
          Chapter 13
Debtor.
          Judge OXHOLM

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____/

### Notice of Deadline to Object to Proposed Chapter 13 Plan Modification

The deadline to file an objection to the attached proposed Chapter 13 Plan Modification is 21 days after service.

If no timely objection is filed, the proponent of the Plan Modification may file a certificate of no objection and an order and the modified Plan will then become effective.

If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the Plan Modification, the Trustee and any objecting parties. In that event, the Plan Modification will become effective when the Court enters an order overruling or resolving all objections.

Objections to the attached proposed Chapter 13 Plan Modification shall be served on the following:

    Tammy L. Terry, Chapter 13 Trustee
    535 Griswold, Suite 2100
    Detroit, MI 48226

Dated: November 3, 2017        /s/ William D. Johnson
                                       WILLIAM D. JOHNSON (P54823)
                                       Acclaim Legal Services, PLLC
                                       8900 E. 13 Mile Road
                                       Warren, MI 48093
                                       (248) 443-7033
                                       filing@acclaimlegalservices.com

## ATTACHMENT 1

### LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| REAL ESTATE OTHER THAN PERSONAL RESIDENCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HHG/PERSONAL EFFECTS | 3,700.00 | 0.00 | 3,700.00 | 3,700.00 | 0.00 |
| JEWELRY | 5,000.00 | 0.00 | 5,000.00 | 5,000.00 | 0.00 |
| CASH/BANK ACCOUNTS | 5,100.00 | 0.00 | 5,100.00 | 5,100.00 | 0.00 |
| VEHICLES | 22,000.00 | 28,083.00 | 4,000.00 | 4,000.00 | 0.00 |
| OTHER (itemize) | 40,001.00 | 0.00 | 40,001.00 | 40,001.00 | 0.00 |

Amount available upon liquidation $ 0.00

Less administrative expenses and costs $ 0.00

Less priority claims $ 0.00

Amount Available in Chapter 7 $ 0.00



**13Network**　　　　　Enter Case Number, Name, Social Security Number, or @1st Address Line  [1642302]  [Go]
ACCLAIM LEGAL SERVICES  Case Query　　　Calendar　　　　　　　　　　　　　　　　　　　　　　　　　LogOut Now

PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | PLAN CALC 1 | MATTERS |

Recently Accessed Cases: 16-42302-MLO Lajuan D. Dockery

**16-42302-MLO** Lajuan D. Dockery (xxx-xx-1017)  19335 Lesure • • Detroit • MI • 48235  $390.00 BW/
Bar Date(s): 7/11/2016 (has passed)  10/9/2016 (has passed)
Confirmed: 11/24/2016
Trustee: Tammy L. Terry　　Attorney: ACCLAIM LEGAL SERVICES
Case Status: Active, Open Case

The data on these pages has not been audited and is provided for general information only.

12 Month(s) since Confirmation  UP = $0.00  TPI = $11,402.00  TPILR = $11,402.00  BOH = $1,772.62  BOH+FEES = $1,926.76

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
|  | **ATTORNEY FEE** | | | | | | | |
| 1 | ACCLAIM LEGAL SERVICES | $8,017.43 | | $4,551.58 | 4,551.58 | $200.00 | $4,551.58 | 22 |
|  | **A-ARREARS** | | | | | | | |
| 2 | ADDED CREDITOR | | | | | | | |
| 3 | ADDED CREDITOR | | | | | | | |
|  | **E-LEASE** | | | | | | | |
| 4 | ADDED CREDITOR | | | | | | | |
|  | **F-ADM EXP CLAIM** | | | | | | | |
| 5 | ADDED CREDITOR | | | | | | | |
|  | **G-CONTINUING Lease, Secured or Vehicle** | | | | | | | |
| 6 | ADDED CREDITOR | | | | | | | |
| 7 | ADDED CREDITOR | | | | | | | |
|  | **GAP Mortgage or Lease** | | | | | | | |
| 8 | ADDED CREDITOR | | | | | | | |
|  | **M-MORTGAGE** | | | | | | | |
| 9 | ADDED CREDITOR | | | | | | | |
| 10 | ADDED CREDITOR | | | | | | | |
|  | **P-PRIORITY** | | | | | | | |
| 11 | INTERNAL REVENUE SERVICE | | | | | | | |
| 12 | ADDED CREDITOR | | | | | | | |
| 13 | ADDED CREDITOR | | | | | | | |
|  | **S-SECURED** | | | | | | | |
| 14 | ADDED CREDITOR | | | | | | | |
| 15 | ADDED CREDITOR | | | | | | | |
|  | **V- VEHICLE** | | | | | | | |
| 16 | ADDED CREDITOR | | | | | | | |
| 17 | ADDED CREDITOR | | | | | | | |
|  | **WATER BILL** | | | | | | | |
| 18 | ADDED CREDITOR | | | | | | | |
|  | **ASSOCIATION DUES CONTINUING** | | | | | | | |
| 19 | ADDED CREDITOR | | | | | | | |
| 20 | ADDED CREDITOR | | | | | | | |
|  | **SECURED CLASS 5.1 EMPmts** | | | | | | | |
| 21 | ADDED CREDITOR | | | | | | | |
| 22 | ADDED CREDITOR | | | | | | | |
|  | **VEHICLE CLASS 5.1 EMPmts** | | | | | | | |
| 23 | ADDED CREDITOR | | | | | | | |
| 24 | ADDED CREDITOR | | | | | | | |
|  | **WATER CLASS 5.1 EMPmts** | | | | | | | |
| 25 | ADDED CREDITOR | | | | | | | |
| 26 | ADDED CREDITOR | | | | | | | |
|  | **TAXES CLASS 5.1 EMPmts** | | | | | | | |
| 27 | ADDED CREDITOR | | | | | | | |
| 28 | ADDED CREDITOR | | | | | | | |
|  | **MORTGAGE ESCROW CONTINUING** | | | | | | | |
| 29 | ADDED CREDITOR | | | | | | | |
| 30 | ADDED CREDITOR | | | | | | | |
|  | **ARREARS * REVERSE MORTGAGE** | | | | | | | |
| 31 | ADDED CREDITOR | | | | | | | |
| 32 | ADDED CREDITOR | | | | | | | |
|  | All Unsecured Creditors | Total Unsecured | | | Percent Allowed | | Amount Allowed | |
| 33 |  | 5535.09 | | | 100 | | $5,535.09 | |

Change Line# [0]  [OK]  Plan Terms [48]  [Calc]  Unsecured % [100]  [Calc]  Due to Creditors: $217.39  $10,963.77
Restart　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　In from Debtor: $346.67  $18,412.78

Trustee's % [8]
Lump Sum $ [1,772.62]
Delete Line [0]  [OK]

**Debtor 1 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| AT&T | $160.00 | BI-WEEKLY | $ | ? |
| Lajuan D. Docke | $0.00 | WEEKLY | $ | ? |

**Debtor 2 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| DEBTOR | $0.00 | WEEKLY | $ | ? |

Tammy L. Terry - Detroit, MI　　　　Your Chapter 13 Information Management System　　　　　2004 BSS LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: LAJUAN DOCKERY

Case Number: 16-42302-MLO
Chapter 13
Judge OXHOLM

Debtor.

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033

_____/

## PROOF OF SERVICE

DEANNA L. RUNDE, hereby certifies that on November 3, 2017 she served a copy of the following documents electronically or by the United States Postal Service:

- Notice of Proposed Post-Confirmation Modification
- Proposed Order
- Proof of Service

upon:

       Tammy L. Terry, Chapter 13 Trustee
       535 Griswold, Suite 2100
       Detroit, MI 48226

       All parties on the attached Matrix

Dated: November 3, 2017

/s/ Deanna L. Runde
Deanna L. Runde
Acclaim Legal Services, PLLC
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
filing@acclaimlegalservices.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 16-42302-mlo<br>Eastern District of Michigan<br>Detroit<br>Fri Nov  3 15:45:45 EDT 2017 | Allstate Credit Bureau<br>Attn: Bankruptcy<br>19315 West 10 Mile Road<br>Southfield, MI 48075-6596 | Amcol Systems Inc<br>111 Lancewood Rd<br>Columbia, SC 29210-7523 |
| CBCS<br>PO Box 163333<br>Columbus, OH 43216-3333 | Lajuan D Dockery<br>19335 Lesure<br>Detroit, MI 48235-1725 | Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| Dte Energy<br>Attention: Bankruptcy Department<br>Po Box 740786<br>Cincinnati, OH 45274-0786 | Dyck-O'Neal, Inc.<br>P.O. Box 601549<br>Dallas, TX 75360-1549 | Exeter Fin<br>Po Box 166097<br>Irving, TX 75016-6097 |
| Exeter Finance Corp.<br>P.O. Box 167399<br>Irving, TX 75016-7399 | GMAC<br>PO Box 5855<br>Carol Stream, IL 60197-5855 | Hsbc Bank<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | William D. Johnson<br>Acclaim Legal Services<br>8900 E. 13 Mile Rd.<br>Warren, MI 48093-2206 | Francesca Abbo Lousia<br>8900 E. 13 Mile Rd.<br>Warren, MI 48093-2206 |
| Main Street Acquisition Corp<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Navient Solutions, Inc. on behalf of USAF<br>Attn: Bankruptcy Litigation Unit E3149<br>P.O. Box 9430<br>Wilkes-Barre, PA 18773-9430 | Pnc Mortgage<br>Po Box 8703<br>Dayton, OH 45401-8703 |
| Professnl Acct Mgmt In<br>Pam Po Box 391<br>Milwaukee, WI 53201-0391 | Brian D. Rodriguez<br>8900 E. 13 Mile Road<br>Warren, MI 48093-2206 | Roosen, Varchetti & Olivier<br>PO Box 380170<br>Case No 09-0040-GC<br>Clinton Township, MI 48038-0061 |
| Karen L. Rowse-Oberle<br>24525 Harper Ave.<br>Suite Two<br>St. Clair Shores, MI 48080-1286 | Slm Financial Corp<br>11100 Usa Pkwy<br>Fishers, IN 46037-9203 | Tammy L. Terry<br>Buhl Building<br>535 Griswold<br>Suite 2100<br>Detroit, MI 48226-3681 |
| US Attorney Civil/IRS<br>211 West Fort Street<br>Suite 2300<br>Detroit, MI 48226-3269 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
IRS
PO Box 105416
Atlanta, GA 30348-5416
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Exeter Finance Corp. | (d)Exeter Finance LLC<br>P.O. Box 167399<br>Irving, TX 75016-7399 | End of Label Matrix<br>Mailable recipients 24<br>Bypassed recipients 2<br>Total 26 |