UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: LAJUAN DOCKERY

Case Number: 16-42302-MLO
Chapter 13
Judge OXHOLM

Debtor.
_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____/

## ORDER MODIFYING CHAPTER 13 PLAN

This matter having come before the Court upon Debtor's Notice of Proposed Chapter 13 Plan Modification, no objections having been filed, a certificate of no objection having been filed, and the Court being otherwise fully advised on the premises;

IT IS HEREBY ORDERED that the following modifications to the Chapter 13 Plan are hereby effective:

- Debtor's Plan payment is hereby decreased from $390.00 bi-weekly to $160.00 bi-weekly.

IT IS FURTHER ORDERED that in all other respects the confirmed Plan, as last modified, remains in full force and effect.

**Signed on November 28, 2017**



/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**